UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | **26-1092 KG** | USA vs.: | **AYZIE** |
| Date: | **7/8/2026** | Name of Deft: | **DAMIAN AYZIE** |

| | |
|---|---|
| Before the Honorable: | **KENNETH J. GONZALES, CHIEF UNITED STATES DISTRICT JUDGE** |

| | | | |
|---|---|---|---|
| Time In/Out: | **10:07 AM – 10:47 AM** | Total Time in Court **(for JS10):** | **33 MINUTES** |
| Clerk: | **L. ROTONDA** | Court Reporter: | **C. MCALISTER** |
| AUSA: | **CAITLIN DILLON** | Defendant's Counsel: | **SARAH GORMAN (APPOINTED)** |
| Sentencing in: | **SANTA FE** | Interpreter: | **N/A** |

| | | | | | |
|---|---|---|---|---|---|
| Probation Officer: | **STACY HAWKINS** | Sworn? | | Yes | No |
| Convicted on: | **X** Plea | Verdict | As to: | **X** Information | Indictment |
| If Plea: | **X** Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | **1, 2** | |
| If Plea Agreement: | **X** Accepted | Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | **3/13/2026** | | PSR: | **X** Not Disputed | Disputed |
| PSR: | **X** Court Adopts PSR Findings | | Evidentiary Hearing: | **X** Not Needed | Needed |
| Exceptions to PSR: | | | | | |

| | | | |
|---|---|---|---|
| **SENTENCE IMPOSED** | Imprisonment (BOP): | | |
| Supervised Release: | | Probation: | 3 years is imposed as to each of Counts 1 and 2; said terms will run concurrently. |
| | 500-HOUR DRUG PROGRAM | BOP SEX OFFENDER PROGRAM | OTHER: |
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | **X** | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| ☒ | Parties have reviewed the standard and special conditions listed in Attachment A to PSR (Doc. 14-1). | ☒ | Parties have no objections to the conditions listed in Attachment A. |
| ☒ | Parties waive reading of conditions. | ☒ | Conditions are imposed as listed in Attachment A to the PSR to include the justification and nexus of the conditions listed. |
| **OTHER:** | | | |

| | | | |
|---|---|---|---|
| Fine: $ | **0.00** | Restitution: $ | 0.00 |
| SPA: $ | 200.00 | Payment Schedule: | **X** Due Imm.    Waived |
| OTHER: | Consistent with a stipulation in the Plea Agreement, the defendant forfeits his rights, title, and interest in all assets, which are subject to forfeiture, as outlined in paragraph 19 (a) of the written plea agreement. | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |

| | |
|---|---|
| OTHER COMMENTS: | COURT CALLS CASE, COUNSEL ENTER APPEARANCES. DEFENDANT PRESENT AND ON CONDITIONS OF RELEASE. COURT ADDRESSES COUNSEL REGARDING DOCKET MATERIALS REVIEWED BY COURT IN PREPARING FOR INSTANT HEARING, COUNSEL CONFIRM AGREEMENT THAT MATERIALS LISTED ARE EXHAUSTIVE. COUNSEL CONFIRM PARTIES HAVE NO OBJECTION TO PSR. DEFENSE COUNSEL ADDRESSES COURT REGARDING SENTENCE REQUESTED BY PARTIES. AUSA ADDRESSES COURT REGARDING GOVERNMENT'S POSITION AS SENTENCE COMPRISING APPROPRIATE DISPOSITION, ARGUES IN SUPPORT OF SAME. COURT QUERIES GOVERNMENT REGARDING STATUS OF RELATED CASES, AUSA RESPONDS TO SAME. |

|  | COURT ADDRESSES DEFENDANT REGARDING OFFENSE CONDUCT, INDICATES COURT IS CONSIDERING SENTENCE OF PROBATION RATHER THAN IMPOSING CUSTODIAL SENTENCE. COURT QUERIES GOVERNMENT AS TO WHETHER THERE WOULD BE ANY OBJECTION TO THE PROPOSED RESOLUTION, AUSA INDICATES NO OBJECTION.  COURT ADDRESSES DEFENDANT REGARDING SIGNIFICANCE OF DISTINCTION. DEFENSE COUNSEL REQUESTS PERMISSION OF COURT TO SPEAK WITH CLIENT, COURT CONFIRMS WILL TAKE SHORT RECESS. **COURT IN RECESS: 10:26 AM | COURT IN SESSION: 10:33 AM** COURT RESUMES PROCEEDINGS, CONFIRMS THAT DEFENSE HAD SUFFICIENT TIME TO CONFER WITH DEFENDANT.  DEFENSE COUNSEL ADVISES THAT DEFENDANT HAS NO OBJECTION TO PROPOSED DISPOSITION OF CASE. DEFENSE COUNSEL READS LETTER WRITTEN BY DEFENDANT IN LIEU OF DEFENDANT'S ORAL ALLOCUTION.  COURT QUERIES DEFENDANT REGARDING INDIVIDUALS INVOLVED IN OFFENSE CONDUCT, DEFENDANT RESPONDS TO QUERIES. COURT REVIEWS SALIENT FACTS OF CASE AND 3553(A) FACTORS CONSIDERED BY COURT IN IDENTIFYING AN APPROPRIATE SENTENCE.  COURT IMPOSES SENTENCE.  COURT ADDRESSES DEFENDANT REGARDING EXPECTATIONS OF COURT, THANKS PARTIES FOR PRESENTATIONS. |
|---|---|